# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:   August 29, 2000

ZENAIDA GARCIA AYALA             *
                                 *
    Plaintiff                    *
                                 *
vs.                              *     **Civil 97-1787 (PG)**
                                 *
LEDERLE PARENTALS, INC., et al   *
                                 *
    Defendants                   *
                                 *
---------------------------------*

By Order of the Court a status conference in the above captioned case, is hereby set for **Tuesday, November 14, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                              Lida Isis Egelé
                                                              Courtroom Deputy

s/c:   Carlos Vergne
        Graciela Belaval