# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**                                    Date:   August 31, 2000

|  |  |  |
|---|---|---|
| ZENAIDA GARCIA AYALA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | **Civil 97-1787 (PG)** |
| | * | |
| LEDERLE PARENTALS, INC., et al | * | |
| | * | |
| Defendants | * | |
| | * | |

By Order of the Court the status conference in the above captioned case, which was mistakenly scheduled for November 14, is hereby advanced to **Thursday, September 14, 2000,** at 8:30 A.M.   This proceeding will be held before Honorable Juan M. Pérez-Giménez.


                                        Lida Isis Egelé
                                        Courtroom Deputy


s/c:   Carlos Vergne
       Graciela Belaval