# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: September 14, 2000

COURTROOM DEPUTY: Lida Isis EGELE          CIVIL CASE: 97-1787 PG)

==================================================================

ZENAIDA GARCIA AYALA,                      Attorneys:

vs.

LEDERLE PARENTALS, INC.,                   Graciela BELAVAL
et al

==================================================================

STATUS CONFERENCE held in chambers. Plaintiff's counsel is not present. The defendants request that a hearing on damages be set.

**Hearing on damages is set for October 12, 2000, at 9:00 A.M.**

Lida Isis EGELE
Courtroom Deputy

s/c:   Carlos Vergne Vargas
       Graciela Belaval Bruno