# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: 8:30
Starting Time: 8:55
Ending Time: 9:35

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ  DATE:        October 2, 2000

COURTROOM DEPUTY: Nivea L. Ocasio              Civil No. 97-1787 (PG)

===============================================================

ZENAIDA GARCIA-AYALA                  Attorneys: Carlos Vergne-Vargas

vs.

LEDERLE PARENTALS, INC., et al.       Graciela Belaval-Bruno
===============================================================

Meeting in Chambers: Case called for Status Conference to determine the procedures to be followed for the holding of a trial on damages. The Court understands that the Opinion of the Court of Appeals is clear that plaintiff has waived her right to trial by jury on the issue of damages pursuant to FRCP Rule 39(a)(1). Therefore, the issue of damages will be held by the Court without a jury.

Parties are granted 15 days to submit a joint motion detailing the issues they understand should be considered by the Court and which the Court must decide before the hearing on damages is held. Once this motion is submitted, a final timetable will be established.

The hearing on damages set for October 12, 2000 is vacated and set aside.

Nivea L. Ocasio
Courtroom Deputy Clerk

s/c:  Carlos Vergne-Vargas
      Graciela Belaval-Bruno