UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 DEC -4  AM 9: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

ZENAYDA GARCIA-AYALA,
    Plaintiff,

        v.                    Civil  No. 97-1787(PG)

LEDERLE PARENTERALS, INC., ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #25 - Motion Requesting Reinstatement of Plaintiff's Claim Under Law 44. | NOTED. The parties are ordered to include this issue in their briefs. |
| Docket #30 - Motion For Extension Of Time. | MOOT. |
| Docket #31 - Motion For Extension Of Time. | MOOT. |
| Docket #32 - Joint Motion In Compliance With Court's Order. | GRANTED.  The parties have until January 30, 2001 to file their briefs on these issues. |

Date: _____December___ / __, 2000.

JUAN M. PEREZ-GIMENEZ
U/S. District Judge