UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZENAYDA GARCIA-AYALA,
    Plaintiff,

v.                                               Civil No. 97-1787(PG)

LEDERLE PARENTERALS, INC., ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #34 -MOTION FOR EXTENSION OF TIME. | Granted |

Date: __February 15__, 2001.

                                  JUAN M. PEREZ-GIMENEZ
                                  U.S. District Judge