UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ZENAIDA GARCIA-AYALA,
    Plaintiff,

       v.                    Civil No. 97-1787(PG)

LEDERLE PARENTERALS, INC., ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #37 -Joint Motion For Voluntary Dismissal. | **GRANTED.** |

Date: _____ May 31, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge