UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ZENAIDA GARCIA-AYALA,<br>    Plaintiff,<br><br>v.<br><br>LEDERLE PARENTERALS, INC., ET AL.,<br>    Defendant. | CIVIL NO. 97-1787(PG) |

### JUDGMENT

On this same date the Court has entered an order granting plaintiff's Joint Motion For Voluntary Dismissal, Docket No. 37. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING** the instant case **with prejudice**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _____May 31_____, 2001.

                                                JUAN M. PEREZ-GIMENEZ
                                              U.S. District Judge

AO 72A
(Rev. 8/82)